IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALEM H. BARSERIAN, dba<br>American Dried Fruit Company,<br><br>        Plaintiff,<br><br>   vs.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULUTRE,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 10-2309 LJO GSA<br><br>**ORDER TO VACATE APRIL 5, 2011 HEARING**<br>(Doc. 7) |

On March 14, 2011, this Court received plaintiff's First Amended Complaint for Declaratory Relief; Review of Administrative Decision ("FAC"), which plaintiff may file under F.R.Civ.P. 15(a)(1). On March 24, 2011, defendant filed papers to dismiss the FAC. As such, this Court:

1. DIRECTS the clerk to file and docket the FAC and to term doc. 7; and

2. VACATES the April 5, 2011 hearing on defendant's motion to dismiss plaintiff's original complaint.

This Court will address defendant's motion to dismiss the FAC.

IT IS SO ORDERED.

**Dated:   March 25, 2011**            /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

1